IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SEAN HARRISON, individually and on
behalf of all others similarly situated                                    PLAINTIFF

V.                          CASE NO. 5:19-CV-5025

HOG TAXI, LLC, MELISSA REYNOLDS,
and TIMOTHY REYNOLDS                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Court's Opinion and Order (Doc. 83), **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Sean Harrison and the opt-in members of the collective action (collectively, "Plaintiffs") are awarded a total of **$40,193.55** against Defendant Hog Taxi, LLC.[1] Post-judgment interest on this amount is imposed pursuant to 28 U.S.C. § 1961. The entire amount is due and payable immediately.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of July, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] This reflects the total amount of $40,593.55 due to Plaintiffs and Plaintiffs' counsel, minus the amount of $400 that Hog Taxi has already paid.